■   In the Matter of RICHARD N. SPARER, an Attorney.—Motion for reinstatement denied without prejudice to a renewed motion upon proof by respondent that he has fully complied with the rules of this court and provisions of the Judiciary Law relative to suspended attorneys. Concur—Markewich, J. P., Kupferman, Murphy, Capozzoli and Lane, JJ.

■   In the Matter of CONNIE CLAIBORNE JONES, an Attorney.—Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Markewich, J. P., Kupferman, Lupiano and Lane, JJ.

■   In the Matter of SAMUEL A. GOLDBERG, an Attorney.—Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Markewich, J. P., Lupiano, Tilzer, Capozzoli and Lane, JJ.

■   In the Matter of EMPIRE MUTUAL INSURANCE COMPANY v VITO A. CALZONE, SR., et al. Motion for reargument granted and the order of this court entered on January 30, 1975 (47 AD2d 598) is recalled and vacated and, upon reargument, the order of the Supreme Court, New York County, entered on May 22, 1974, which denied petitioner's motion for a stay of arbitration, is unanimously reversed, on the law, and the motion granted. Appellant shall recover of respondents $40 costs and disbursements of the appeal. The claimant seeks arbitration pursuant to the terms of the New York automobile accident indemnification endorsement contained in the subject policy issued by petitioner. However, since the accident occurred in the State of Florida, the endorsement is not applicable. (*Matter of Sentry Ins. Co. (Amsel)*, 36 NY2d 291.) Concur—Markewich, J. P., Lupiano, Tilzer, Capozzoli and Yesawich, JJ.

## (June 12, 1975)

■   SYNTAX TIME SHARING, LTD., et al., Petitioners, v ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK et al., Respondents.—Application for a stay unanimously denied, without costs and without disbursements, and the petition dismissed. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Lane and Nunez, JJ.